UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | CASE # 5:18-CR-317-FL-1 |
|---|---|
| v. | |
| JEREME EUGENE MACKEY<br>a/k/a "Cash" | SEALED |

## ORDER

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 33 be SEALED until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED.

_____
LOUISE W. FLANAGAN
United States District Judge

5/16/2019
DATE