UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:18-CR-317-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>JEREME EUGENE MACKEY )<br>Defendant. ) | **NOTICE OF APPEAL** |

    Pursuant to Rule4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the defendant, Jereme Eugene Mackey, appeals to the Fourth Circuit Court of Appeals from the judgment entered in this Court in the above-captioned case. Judgment was announced August 7, 2019 and docketed on August 8, 2019, by the Honorable Louise Flanagan, this notice is therefore filed within the time specification established in Rule 4(b).

    Additionally, for informational purposes and as requested by the Fourth Circuit Clerk's Office, the undersigned will file a motion to withdraw as counsel immediately upon the docketing of this appeal in the Fourth Circuit.

    Respectfully submitted this 15th day of August, 2019.

                                            /s/ Frank Harper, II
                                            FRANK HARPER, II
                                            Attorney for Defendant
                                            Everett & Hite, L.L.P.
                                            200 South Washington Street
                                            Greenville, NC 27834
                                            frankharper2@everettandhite.com
                                            252-758-4257
                                            252-758-9282 (fax)
                                            NC State Bar No. 27561
                                            CJA Appointed

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

      This is to certify that I am, and was at all times hereinafter mentioned, more than eighteen (18) years of age, that on the 15th day of August, 2019, I electronically filed this Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

                                Nick Regalia
                                Assistant United States Attorney
                                310 New Bern Avenue, Suite 800
                                Raleigh NC 27601-1461

This the 15th day of August, 2019.

                                /s/Frank Harper, II
                                FRANK HARPER, II
                                Attorney for Defendant
                                200 South Washington Street
                                Greenville, NC 27834
                                252-758-4257
                                252-758-9282 (fax)